**Order entered November 24, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00109-CR

**RAYMOND OSCAR ROBLEDO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-00555-W**

### ORDER

We **REINSTATE** this appeal.

We abated for a hearing to determine the status of the trial court's jury charge on guilt/innocence. On November 17, 2020, a supplemental reporter's record of the hearing was filed; on November 23, 2020, a supplemental clerk's record was filed. We **ADOPT** the trial court's findings that (1) appellant and the State agreed the original signed jury charge on guilt/innocence had been lost or destroyed, (2) each party retrieved from their files identical unsigned copies of the

jury charge on guilt/innocence, and (3) each party agreed that exhibit A was an exact copy of the charge submitted to the jury at guilt/innocence and, as such, accurately duplicates with reasonable certainty the original jury charge. That exhibit is contained in the November 23 supplemental clerk's record.

Also before the Court is appellant's November 19 motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by January 4, 2021.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tracy Homes, Presiding Judge, 363rd Judicial District Court; and counsel for the parties.

/s/    LANA MYERS
       JUSTICE